# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                    No. 4:18-cv-788-DPM

BRITTANY ROSE                                              DEFENDANT

## ORDER

The government's unopposed motion for default judgment, № 6, is granted. No hearing is needed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019