# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.                  No. 4:18-cv-788-DPM

BRITTANY ROSE                  DEFENDANT

## DEFAULT JUDGMENT

The United States of America shall have judgment against Brittany Rose for $30,704.99. This total includes the underlying debt of $27,636.53, $1,946.84 interest as of 17 March 2018, $851.62 for pre-judgment interest at 2.75% from 17 March 2018 to today, and $350.00 filing fees. This Judgment shall bear post-judgment interest at 2.43% interest per annum until paid in full.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2019